[No. 22174–4–I.   Division One.   April 16, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW FRANZINO BOLAR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 87–1–04742–0, Faith Enyeart, J., entered April 20, 1988. *Affirmed* by unpublished opinion per Webster, J., concurred in by Scholfield and Baker, JJ.

[No. 22651–7–I.   Division One.   April 16, 1990.]

JERI LYNN ASKMAN, *Plaintiff*, MARSHA JEAN CONNELL, ET AL, *Appellants*, v. RANDOLPH JOHN ASKMAN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 86–2–18490–2, Donald D. Haley, J., entered July 1, 1988. *Reversed* by unpublished opinion per Thibodeau, J. Pro Tem., concurred in by Scholfield and Forrest, JJ.

[No. 23238–0–I.   Division One.   April 16, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD EUGENE PARISH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 87–1–04254–1, Jim Bates, J., entered June 6, 1989. *Affirmed* by unpublished opinion per Winsor, J., concurred in by Swanson and Webster, JJ.